UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JOHN ANTHONY GEISLER,

     Plaintiff,

                                      Case No. 1:24-cv-558

v.

                                      Hon. Hala Y. Jarbou

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____/

**ORDER**

On March 30, 2026, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) that the Court grant Plaintiff's motion for attorneys' fees in this Social Security action. (R&R, ECF No. 16.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on June 2, 2026. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 16) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for attorneys' fees (ECF No. 14) is **GRANTED**. The Court awards Plaintiff's counsel $15,210.00 in attorneys' fees.


Dated: June 17, 2026                    /s/ Hala Y. Jarbou
                                        HALA Y. JARBOU
                                        CHIEF UNITED STATES DISTRICT JUDGE